Decided March 5, 1996

### LUBA HILL *v.* JAMES T. HILL

The plaintiff's petition for certification for appeal from the Appellate Court (AC 14523) is denied.

*Luba Hill*, pro se, in support of the petition.

Decided March 5, 1996

### STATE OF CONNECTICUT *v.* DONALD LEE MCELYEA

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 60 (AC 13844), is denied.

*Richard Emanuel*, assistant public defender, in support of the petition.

*Paul J. Ferencek*, assistant state's attorney, in opposition.

Decided March 5, 1996

### BUILDING SUPPLY CORPORATION *v.* LAWRENCE BRUNOLI, INC., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 89 (AC 13183), is denied.

NORCOTT, J., did not participate in the decision.

*John Rose, Jr.*, in support of the petition.

*Robert L. Trowbridge*, in opposition.

Decided March 5, 1996